UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOE E. SHARP,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | NO. CV-07-3037-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for additional proceedings, pursuant to sentence four of 42 USC § 405(g). Defendant's Motion for Summary Judgment is **DENIED**, and Judgment is entered for Plaintiff.

DATED this 22nd day of July, 2008.

                                          JAMES R. LARSEN<br>
                                          District Court Executive/Clerk

                                          s/ L. Stejskal<br>
                                          Deputy Clerk